**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                  March 11, 2014

Deputy Clerk:          Kathleen Finney
Court Reporter:        Tracy Weir

**Criminal Action No.  13-cr-00120-REB-4**

<u>Parties:</u>                                        <u>Counsel:</u>

UNITED STATES OF AMERICA,                       James Boma

    Plaintiff,

v.

4.  TIMOTHY LAMONT BEAN,                        Philip W. Ogden
    a/k/a Turner,

    Defendant.

## CHANGE OF PLEA MINUTES

**9:08 a.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2 previously filed on March 6, 2014, as [#224]) are tendered to the Court.

Defendant is sworn.

Defendant is 39 years old, alert, competent, literate, and sober.

The court reads Count 10 of the Indictment to the defendant. Defendant waives formal reading of the remainder of the Indictment.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant waives re-arraignment on Count 10 of the Indictment.

Defendant enters plea of guilty to Count 10 of the Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED** as follows:

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the plea of guilty to Count 10 of the Indictment entered by the defendant is received, accepted and approved;

4. That defendant is found guilty of the crime charged in Count 10 of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot;

8. That any Trial Preparation Conference and trial is vacated (as to the defendant); and

Now pending before the court, and construed as a motion, is **Defendant Timothy Bean's Notice to Court of Intent to Request Release Pending Sentencing Pursuant to 18 U.S.C. § 3145 (C)** [#226] filed March 11, 2014.

Argument by Mr. Ogden. Defendants' Exhibits A and B are tendered to the court.

Argument by Mr. Boma.

Findings and conclusions by the court.

**IT IS FURTHER ORDERED**:

10. That the **Defendant Timothy Bean's Notice to Court of Intent to Request Release Pending Sentencing Pursuant to 18 U.S.C. § 3145 (C)** [#226], which the court construes as a motion, is **DENIED**;

11. That the matter is continued to **July 31, 2014, at 1:30 p m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant; and

12. That pending sentencing, the defendant is remanded to the custody of the United States Marshal.

**10:08 a.m.   Court in recess.**

Total time in court:   01:00

Hearing concluded.